IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE DALIE, <br><br> Plaintiff, <br><br> v. <br><br> PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al, <br><br> Defendants. | Civil Action No. 2: 16-cv-0259 <br><br> Judge Mark R. Hornak |

**ORDER**

**AND NOW**, this 26th day of February, 2018, it is hereby **ORDERED, ADJUDGED, AND DECREED** that for the reasons set forth in the accompanying memorandum opinion, the Motion to Dismiss filed by the DOC Defendants (ECF No. 53) and the Motion to Dismiss filed by Defendant Elon Mwaura, PA-C (ECF No. 65) both of which have been converted into motions for summary judgment are **GRANTED.**

It is further **ORDERED** that Plaintiff's Motion for Preliminary Injunction (ECF No. 9) is **DISMISSED**.

It is further **ORDERED** that the Report and Recommendation (ECF No. 81) dated January 23, 2018, is **ADOPTED** as the Opinion of the Court.

It is further **ORDERED** that the Clerk of Court mark this case **CLOSED**.

And it is further **ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

_____
Mark R. Hornak
United States District Judge

c: Plaintiff (by U.S. Mail)
All counsel of record